**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Darwin A Gordon Ruiz<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and MARKWAYNE MULLIN, U.S. Secretary of Homeland Security,<br><br>Respondents. | Case No. 3:26-cv-12148-MGM |

**NOTICE OF CHANGED CIRCUMSTANCES AND INTENT TO SEEK RELIEF**

Petitioner Darwin A. Gordon Ruiz respectfully notifies the Court of a material change in circumstances bearing on his continued detention.

On September 21, 2026, Petitioner was acquitted of the rape charge that formed the sole articulated basis for the immigration judge's June 15, 2026 finding, by clear and convincing evidence, that Petitioner poses a danger to the community. That finding rested on the elements of the charged offense, not on any independent finding regarding Petitioner's conduct. A jury has now heard the evidence underlying that charge and rejected it.

Petitioner respectfully submits that this development is distinct from circumstances in which a charge is merely dismissed or otherwise resolved without adjudication on the merits. An acquittal reflects an adversarial testing of the government's evidence and a finding that it did not meet the burden of proof beyond a reasonable doubt, which is a materially different posture than

a charge that was never tested at all. Petitioner intends to brief this distinction, along with supporting authority, in connection with the relief described below.

Petitioner intends to pursue supplementation of his currently pending bond appeal before the Board of Immigration Appeals to reflect this acquittal, and respectfully requests the right to seek further relief from this Court, including immediate release, as appropriate. This notice is filed solely to apprise the Court of this development; it does not itself seek relief.

Petitioner respectfully requests that the Court permit him until Friday, October 2, 2026, to file his supplemental briefing on this issue, whether in the form of a renewed motion before this Court, notice of the outcome of proceedings before the Board of Immigration Appeals, or both, as the circumstances warrant.

Respectfully submitted,

/s/ Jacob Miller
Jacob Miller (BBO # 716474)
CEDC New Bedford
235 North Front St.
New Bedford, MA 02746
(774) 929-0835
jacob@cedcnewbedford.org

*Pro Bono Counsel for Petitioner*

Dated: 09/21/2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 21, 2026.

/s/ Jacob Miller
Jacob Miller