UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Darwin A. Gordon Ruiz<br><br>Plaintiff,<br><br>v.<br><br>Hyde et al.,<br><br>Defendants. | Civil Action No. 26-12148-MGM |

ORDER OF DISMISSAL,
November 4, 2026

In accord with the Court's Order [Dkt #42] issued on October 30, 2026, the court hereby DISMISSES this action. Case shall now be closed.

IT IS SO ORDERED.

By the Court,

*/s/ Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge